UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:15-CR-0126-WFN-1 |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |
| vs. | |
| JOHN MICHAEL COE | |
| Defendant. | |

Defendant is awaiting sentencing in this cause. He is presently out of custody under certain conditions.

By written Motion at ECF No. 75, Defendant moves this Court to modify the conditions of pretrial release by adjusting the hours of the curfew ordered in ECF No. 21.

Defendant recites that the requested modification would permit him to attend additional substance abuse counseling classes. The Court is advised that the Pretrial Services Officer and the assigned attorney for the United States do not object to the modification.

**IT IS THEREFORE ORDERED** that Defendant's Motion, **ECF No. 75**, is **GRANTED.** Defendant's conditions of pretrial release as ordered in ECF No. 21 are **MODIFIED** to require Defendant be in his residence from **10:00 p.m. to 6:00**

ORDER - 1

1 | **a.m. every day**.

2 | All other conditions of pretrial release not inconsistent herewith to remain in
3 | full force and effect.

4 | DATED July 26, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2