PROB 12C
(6/16)

Report Date: April 19, 2021

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 20, 2021

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Michael John Coe | Case Number: 0980 2:15CR00126-WFN-1 |
| Address of Offender: | Spokane, Washington 99201 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 8, 2016

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C) | |
| Original Sentence: | Prison - 48 Months; TSR - 84 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: October 2, 2020 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: October 1, 2027 |

### PETITIONING THE COURT

To issue a **SUMMONS**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: The defendant shall not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Michael John Coe is alleged to have violated mandatory condition number 1 by being arrested for Driving Under the Influence, in violation of R.C.W. 46.61.502, a gross misdemeanor, on or about April 17, 2021.<br><br>On October 2, 2020, Mr. Coe's conditions of supervised release specific to 2:15CR00126-WFN-1, were reviewed with him telephonically due to the current and continued COVID-19 pandemic. On November 18, 2020, Mr. Coe reported to the U.S. Probation Office in Spokane, and signed his conditions of supervised release as previously reviewed with him. Specifically, Mr. Coe was made aware by the undersigned that he was prohibited from committing any federal, state or local crime.<br><br>On April 17, 2021, the undersigned officer received a text message from the client indicating he was "rear ended" and that the Spokane Police Department had taken down his information, but he was not cited and the accident was not his fault. The undersigned officer then later received confirmation through an automated notification that the client was booked into the Spokane County Jail for driving under the influence later that evening. At 12:06 p.m., on April 18, 2021, the undersigned officer received a text message from the client |

Prob12C
Re: Coe, Michael John
April 19, 2021
Page 2

indicating "something weird happened yesterday," further elaborating he could "hardly remember anything" and he had just gotten out of jail. The client noted that he had submitted to blood testing at the hospital, had court scheduled for tomorrow, and that he barely remembered being in jail until he was woken up and told he was being released. The client further elaborated that he was working as a delivery driver at the time of the incident and the car was searched with nothing illegal being located.

On April 19, 2021, the undersigned officer was able to speak at length with the client telephonically as to his recent stated arrest. The client denied any use of alcohol, illicit substances, or prescription medication, indicating that he only takes over the counter medication for back pain. The client clarified that while he had been in an accident earlier that day, he had been cleared and released from the scene, only to later again be stopped by law enforcement. The client noted he could barely remember the events of that evening, noting he seemed to start losing clarity approximately 30 minutes after the car accident.

On April 19, 2021, the relative police records were obtained in this manner. According to police records, on April 17, 2021, at 8 p.m., Mr. Coe was observed by law enforcement to be driving "well under" the speed limit, traveling southbound on Maple Street at approximately 5-10 miles per hour in a posted 30 mile-per-hour zone. The client was further observed to be slowly moving between lanes, as though he was unsure of where to go, with the officer noting no traffic in front of the client and the vehicles behind the client having slowed considerably due to the client's erratic maneuvering. The driver then began to make sudden changes in speed, with the vehicle drifting outside of his lane on several occasions, at one point almost striking the curb. The client was then observed to have stopped at the intersection of 29th Avenue, a three way stop, behind the vehicle in front of him. Instead of again stopping once the vehicle in front of him moved through the intersection, the client instead continued through the intersection, cutting off the other waiting vehicles.

Mr. Coe was subsequently stopped by law enforcement, who approached the vehicle and knocked on the client's window. The officer noted that the client did not immediately react despite the sound and his flashlight. Mr. Coe rolled down his window upon the officer knocking a second time and was advised as to the reason for the stop. Mr. Coe responded that he was a delivery driver and handed the officer his insurance verification, although continued to search for his registration and identification which the officer observed in the passenger seat, which he advised the client of. The officer also observed a glass pipe in the back seat ashtray, although Mr. Coe denied ingesting any drugs or alcohol on the day in question.

The officer later learned that the vehicle had also been reported as a reckless driver earlier that date, and had additionally been in an auto collision. Additional officers subsequently arrived, who began to administer field sobriety testing. Mr. Coe subsequently failed field sobriety testing, with the testing officer noting the client showed 4 of 6 validated indicators, 7 of 8 validated indicators, and 4 of 4 validated indicators of impairment during the three different field sobriety tests conducted. It should be noted that the testing police officer also indicated he heard the client admit to previously ingesting a beer "earlier in the evening." Mr. Coe was subsequently transported to Sacred Heart Hospital for a warrant blood draw and was then booked into the Spokane County Jail.

Mr. Coe has indicated that his initial appearance is currently scheduled for April 19, 2021, at 1:30 p.m., in Spokane, and he has a phone consultation with retained counsel on Thursday, April 22, 2021.

Prob12C
Re: Coe, Michael John
April 19, 2021
Page 3

| | | |
|---|---|---|
| | 2 | **Special Condition #22**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: Mr. Michael John Coe is alleged to have violated special condition number 22 by ingesting alcohol on or about April 17, 2021, based on the client's admission of such conduct to law enforcement.

On October 2, 2020, Mr. Coe's conditions of supervised release specific to 2:15CR00126-WFN-1, were reviewed with him telephonically due to the current and continued COVID-19 pandemic. On November 18, 2020, Mr. Coe reported to the U.S. Probation Office in Spokane, and signed his conditions of supervised release as previously reviewed with him. Specifically, Mr. Coe was made aware by the undersigned U.S. probation officer that he was to refrain from ingesting alcohol.

Specifically, on April 17, 2021, Mr. Coe was arrested in Spokane for the alleged offense of driving while under the influence. During an interview, and according to the police reports received specific to the offense, Mr. Coe on the day in question did admit to drinking a beer "earlier in the evening." Mr. Coe has since denied ingesting alcohol or any illicit substances on the day in question, noting he only takes over the counter medication for back pain. Mr. Coe has indicated that he does not have a clear memory of what occurred on the day in question.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 19, 2021

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

4/20/2021
Date