PROB 12C
(6/16)

Report Date: July 16, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Michael John Coe | Case Number: 0980 2:15CR00126-WFN-1 |
| Address of Offender: | Spokane, Washington 99201 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 8, 2016

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C) | |
| Original Sentence: | Prison - 48 Months; TSR - 84 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: October 2, 2020 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: October 1, 2027 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/19/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #22**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Mr. Michael Coe is alleged to have violated special condition number 22 by ingesting alcohol on multiple occasions as occurring between the dates of June 9 and  July 14, 2021, based on the client's admission of such use. |
| | On October 2, 2020, Mr. Coe's conditions of supervised release specific to 2:15CR00126-WFN-1, were reviewed with him telephonically due to the current and continued COVID-19 pandemic. On November 18, 2020, Mr. Coe reported to the U.S. Probation Office in Spokane, and signed his conditions of supervised release as previously reviewed with him. Specifically, Mr. Coe was made aware by the undersigned U.S. probation officer that he was to refrain from ingesting alcohol. |
| | Specifically, on July 14, 2021, the undersigned officer conducted an unscheduled home contact with the client at his residence. Mr. Coe was home at the time of contact and invited the undersigned officer into the residence. During the contact, a No-Li hard seltzer was |

Prob12C
Re: Coe, Michael John
July 16, 2021
Page 2

observed to be on the kitchen counter. When questioned on the item, Mr. Coe stated that he had located the item on his front porch and had intended to drink the alcoholic beverage prior to this officer's arrival. Mr. Coe further indicated he wanted to remain honest with the undersigned officer and ultimately admitted to drinking alcohol approximately two times per week for approximately the last month since he started his new job working at Amazon. It should be noted that Mr. Coe started his current employment with Amazon effective June 9, 2021.

Mr. Coe stated he drinks alcohol as a way to mitigate current back pain, stating that he saw the solution as being better than ingesting illicit substances or turning to prescription opiate-based pain medication. Mr. Coe did at the request of the undersigned officer dispose of the beverage while this officer was present at the residence and committed to not ingesting alcohol further.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 16, 2021

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

July 19, 2021

Date