PROB 12C
(6/16)

Report Date: June 2, 2022

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael John Coe    Case Number: 0980 2:15CR00126-WFN-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 8, 2016

Original Offense:    Possession With Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C)

Original Sentence:    Prison - 48 Months;    Type of Supervision: Supervised Release
                      TSR - 84 Months

Asst. U.S. Attorney:    Richard R. Barker    Date Supervision Commenced: October 2, 2020

Defense Attorney:    Amy H. Rubin    Date Supervision Expires: October 1, 2027

## PETITIONING THE COURT

### To issue a SUMMONS.

On October 2, 2020, Mr. Coe's conditions of supervised release specific to 2:15CR00126-WFN-1 were reviewed with him telephonically due to the current and continued COVID-19 pandemic. On November 18, 2020, Mr. Coe reported to the U.S. Probation Office in Spokane, and signed his conditions of supervised release as previously reviewed with him. Specifically, Mr. Coe was made aware by the undersigned U.S. probation officer that he was to refrain from ingesting alcohol.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Standard Condition #2**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

    **Supporting Evidence**: Mr. Michael Coe is alleged to have violated standard condition number 2 on a multitude of occasions based on both urinalysis testing, as well as the client's admission of such use, to include the client using marijuana on or about both May 26 and 29, 2022, using methamphetamine on or about May 26, 2022, and using fentanyl on numerous occasions over the past 12 months, to include most recently using the substance on or about May 26, 2022.

Prob12C
Re: Coe, Michael John
June 2, 2022
Page 2

Specifically, on May 26, 2022, the undersigned officer conducted a scheduled home contact with the client at his residence. Mr. Coe was previously advised that the undersigned officer would be requesting a urinalysis sample from the client during the scheduled home contact. Mr. Coe subsequently submitted to testing as directed, and the sample submitted presented as presumptive positive for fentanyl, methamphetamine, and marijuana. Mr. Coe adamantly denied using any of the substances indicated and immediately became emotional and anxious, stating he was unsure how the substances could have entered his system, ultimately fearing for his health. Mr. Coe was encouraged to seek medical care if he felt it to be necessary, but he advised that this was not necessary at this time.

On Friday, May 27, 2022, the client sent a text message to the undersigned officer, who was out of the office, requesting contact. On May 31, 2022, the undersigned officer attempted to contact the client, although his phone rang through to voice mail. On June 1, 2022, the undersigned officer received a call from Mr. Coe who advised that he had not previously been fully honest with this officer. Mr. Coe further admitted to having been ingesting fentanyl on occasion for the last year at the rate of approximately 1-2 times per month to address pain. Mr. Coe described several thinking errors that he had been using to continually justify the use to himself, to include he was not being tested for the substance so it was therefore acceptable and he was otherwise maintaining progress in the community. Mr. Coe admitted he last used fentanyl on or about May 23, 2022, indicating he had previously been using liquid fentanyl, but recently acquired a pill form of the substance, which he indicated was likely also responsible for his testing positive for methamphetamine, indicating that he had not intentionally ingested the substance. Mr. Coe further elaborated that he had previously purchased a "vape" pen from a friend, which he believed was responsible for his testing positive for marijuana, indicating that without his testing positive, he would have been unaware he was ingesting the substance. Mr. Coe indicated he last used marijuana on or about May 29, 2022, after testing positive on May 26, 2022. Mr. Coe admitted he disposed of the device on May 29, 2022.

Mr. Coe was directed to report to the U.S. Probation Office on the day of conversation for an updated urinalysis test. Almost immediately after the call, Mr. Coe sent the undersigned officer a text message indicating he had recorded his conversation with this officer and wanted to clarify a "misunderstanding," stating that after review of the conversation, he wanted to clarify that while he used fentanyl only on occasion, at most 1-2 times per month, there were also periods of time that he went 2-3 months without using the substance at all. Mr. Coe described his use of illicit substances, to include his previously reported use of alcohol, as occurring on approximately 10 separate occasions over the last 18 months.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 2, 2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Coe, Michael John
June 2, 2022
Page 3

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

_____6/2/2022_____
Date