PROB 12C
(6/16)

Report Date: June 23, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 23, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael John Coe                Case Number: 0980 2:15CR00126-WFN-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 8, 2016

Original Offense:        Possession With Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C)

Original Sentence:       Prison - 48 Months;              Type of Supervision: Supervised Release
                         TSR - 84 Months

Asst. U.S. Attorney:     Richard R. Barker                Date Supervision Commenced: October 2, 2020

Defense Attorney:        Federal Public Defender          Date Supervision Expires: October 1, 2027

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/02/2022, and 06/22/2022.

On October 2, 2020, Mr. Coe's conditions of supervised release specific to 2:15CR00126-WFN-1 were reviewed with him telephonically due to the current and continued COVID-19 pandemic. On November 18, 2020, Mr. Coe reported to the U.S. Probation Office in Spokane, and signed his conditions of supervised release as previously reviewed with him.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 2**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Michael Coe is alleged to have violated standard condition number 2 by ingesting fentanyl on or about June 14, 2022, based on urinalysis testing. |
| | Specifically, on June 14, 2022, Mr. Coe reported to Pioneer Human Services in Spokane, to submit to urinalysis testing as directed by the undersigned officer after he failed to report for random testing on June 13, 2022, when his assigned color was called by the provider. Mr. Coe subsequently submitted a urinalysis sample that reflected as presumptive positive for |

Prob12C
Re: Coe, Michael John
June 23, 2022
Page 2

fentanyl, benzodiazepines, and marijuana. A drug use denial form was additionally received in which the client admitted to using marijuana on or about May 29, 2022, as previously disclosed, but in which he denied any use of fentanyl or benzodiazepines, noting on the report, "feint line."

On June 23, 2022, the lab report was received by the undersigned officer which confirmed the sample submitted by Mr. Coe on June 14, 2022, was confirmed positive for fentanyl. An additional and previously received lab report confirmed the sample was negative for benzodiazepines and the lab has yet to report any finding in regard to the presence of marijuana in the sample submitted.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 23, 2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

6/23/2022
Date