PROB 12C
(6/16)

Report Date: July 29, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael John Coe          Case Number: 0980 2:15CR00126-WFN-1

Address of Offender: ██████████████ Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 8, 2016

Original Offense:       Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C)

Original Sentence:      Prison - 48 months;          Type of Supervision: Supervised Release
                        TSR - 84 months

Asst. U.S. Attorney:    Richard R. Barker             Date Supervision Commenced: October 2, 2020

Defense Attorney:       Amy H. Rubin                  Date Supervision Expires: October 1, 2027

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/02/2022, 06/22/2022, 06/23/2022, and 06/24/2022.

On October 2, 2020, Mr. Coe's conditions of supervised release specific to 2:15CR00126-WFN-1 were reviewed with him telephonically due to the current and continued COVID-19 pandemic. On November 18, 2020, Mr. Coe reported to the U.S. Probation Office in Spokane, and signed his conditions of supervised release as previously reviewed with him.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition # 2**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Coe is alleged to have violated standard condition number 2 by ingesting marijuana, more specifically Cannabidiol (CBD) oil, previously occurring on or about June 23, 2022, based on urinalysis testing and the client's admission of such use, and by subsequently ingesting fentanyl on or about July 18, 2022, based on urinalysis testing. |

Prob12C
Re: Coe, Michael John
July 29, 2022
Page 2

Specifically, on June 23, 2022, Mr. Coe presented to the U.S. Probation Office in Spokane, to submit to urinalysis testing as previously directed by his assigned officer, and occurring prior to his scheduled initial Court appearance that was also set to occur on the day in question.

Mr. Coe subsequently submitted a urinalysis sample that tested as presumptive positive for marijuana. He had previously indicated to the undersigned officer that he had last used the substance on or about May 29, 2022. As the Court may recall, a previous toxicology report found that Mr. Coe had reused marijuana, previously occurring on or about June 8, 2022. This conduct was reported to the Court in the petition dated June 24, 2022. The Court later dismissed this violation as a part of Court proceedings occurring on July 13, 2022. A second toxicology and interpretation report was subsequently requested.

On July 14, 2022, the interpretation report relative to Mr. Coe's urinalysis test on June 23, 2022, was received by the U.S. Probation Office and the toxicology report noted higher levels of the normalized drug value as present in the client's system in comparison to the urinalysis test on June 8, 2022.

On July 15, 2022, Mr. Coe was contacted and he indicated he had purchased a "cartridge" for his "vape" pen that he knew to contain Cannabidiol (CBD) oil, but that he had purchased it from a store other than a marijuana retailer. Therefore, he believed he would not test positive for marijuana and that he could in fact have it. Mr. Coe was advised he could not ingest CBD oil and he stated he was not aware of that.

On July 18, 2022, Mr. Coe reported to the U.S. Probation Office to submit to urinalysis testing as directed. Mr. Coe ultimately submitted a urinalysis sample that tested presumptive positive for fentanyl, although it should be noted that a very faint line was present on the testing device. This sample was forwarded to the lab for confirmation. On July 24, 2022, the lab report was received from the contract laboratory specific to the client's urinalysis sample submitted on July 18, 2022, in which the sample was confirmed to be positive for fentanyl.

On July 28, 2022, Mr. Coe was contacted and he adamantly denied any continued use of fentanyl, indicating that he suspected the positive test may be the result of taking the prescribed medication methadone, which he stated presents with a similar molecular structure to fentanyl.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     July 29, 2022
_____

                 s/Chris Heinen
_____

                 Chris Heinen
                 U.S. Probation Officer

Prob12C
**Re: Coe, Michael John**
**July 29, 2022**
**Page 3**

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]   Defendant to appear before the Judge assigned to the
       case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_____08/01/2022_____

Date