PROB 12C
(6/16)

Report Date: November 7, 2022

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2022

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Michael John Coe | Case Number: 0980 2:15CR00126-WFN-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 8, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C) | | |
| Original Sentence: | Prison - 48 Months; TSR - 84 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: | October 2, 2020 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: | October 1, 2027 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/02/2022, 06/22/2022, 06/23/2022, 06/24/2022, 07/29/2022, and 08/19/2022.

On October 2, 2020, Mr. Coe's conditions of supervised release specific to 2:15CR00126-WFN-1 were reviewed with him telephonically due to the current and continued COVID-19 pandemic. On November 18, 2020, Mr. Coe reported to the U.S. Probation Office in Spokane, and signed his conditions of supervised release as previously reviewed with him.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Standard Condition #2**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Coe is alleged to have violated standard condition number 2 by ingesting fentanyl on or about October 24, 2022, based on urinalysis testing. |
| | Specifically, on October 24, 2022, the undersigned officer received the client's outpatient assessment result from Spokane Addiction Recovery Centers (SPARC). As a part of this officer's review of the assessment it was noted that the client had provided a presumptive positive urinalysis sample as a part of the assessment process, reflecting as positive for |

Prob12C
Re: Coe, Michael John
November 7, 2022
Page 2

fentanyl, benzodiazepines and methadone. It should be noted that the client is currently engaged in a medicated assisted treatment program in Spokane, and is therefore prescribed the prescription medication methadone.

On October 24, 2022, Mr. Coe was contacted by the undersigned officer and advised as to the test result. Mr. Coe indicated his awareness of the test result and indicated that he had been in a physical altercation with an individual that he believed was under the influence of illicit substances. Mr. Coe described the individual as sweating profusely and stated that he sustained several lacerations during the altercation. Mr. Coe indicated that due to his belief that the suspect may have had some form of communicable disease he subsequently sought medical care, and during the appointment the medical provider confirmed that the client could have contracted the substances during the altercation.

On October 24, 2022, Mr. Coe was directed to report to the U.S. Probation Office in Spokane, for urinalysis testing. Mr. Coe subsequently reported as directed and provided a presumptive positive urinalysis sample for fentanyl, benzodiazepines and methamphetamine, with the testing officer noting that a "faint line" existed for methamphetamine. Mr. Coe denied intentional or wilful use of the substances as indicated by the test.

Subsequent laboratory reporting confirmed the sample to be negative for benzodiazepines and methamphetamine but positive for fentanyl. Mr. Coe was again contacted on November 1, 2022, at which time he remained denying any use of illicit substances, again reaffirming his belief that any positive test result had been the result of his involvement in the aforementioned altercation.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 7, 2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Coe, Michael John
November 7, 2022
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_____11/08/2022_____
Date