PROB 12C
(6/16)

Report Date: December 14, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 15, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Michael John Coe | Case Number: 0980 2:15CR00126-WFN-1 |
| Address of Offender: ▇▇▇▇▇ Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 8, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C) | | |
| Original Sentence: | Prison - 48 Months; TSR - 84 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: | October 2, 2020 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: | October 1, 2027 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/02/2022, 06/22/2022, 06/23/2022, 06/24/2022, 07/29/2022, 08/19/2022, and 11/07/2022.

On October 2, 2020, Mr. Coe's conditions of supervised release specific to 2:15CR00126-WFN-1 were reviewed with him telephonically due to the current and continued COVID-19 pandemic. On November 18, 2020, Mr. Coe reported to the U.S. Probation Office in Spokane, and signed his conditions of supervised release as previously reviewed with him.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Standard Condition # 2**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Coe is alleged to have violated standard condition number 2 by ingesting fentanyl on or about both November 16 and December 6, 2022, and marijuana on or about November 16, 2022, based on urinalysis testing. |
| | Specifically, on December 6, 2022, the undersigned officer received the client's monthly treatment report from New Horizon Care Centers, where he is currently engaged in intensive outpatient services. The report indicated the client's compliance, but did identify a positive |

Prob12C
Re: Coe, Michael John
December 14, 2022
Page 2

urinalysis sample submitted by the client at their facility on November 16, 2022, that reflected positive for fentanyl, marijuana metabolite, and methadone. It should be noted that the client is currently engaged in the methadone program with Spokane Comprehensive Treatment Solutions. The lab report in support of this allegation was requested from the provider and Mr. Coe was subsequently contacted by the undersigned officer on the same date.

Mr. Coe indicated that he was unaware he had submitted the positive sample and advised he had received no communication from the provider. Mr. Coe adamantly denied ongoing use, stating his most recent contact with any illicit substance remained the incident that was previously outlined in the petition dated November 7, 2022, which referenced events occurring in October 2022.

Mr. Coe was directed to report for urinalysis testing on the day in question to which he committed. Mr. Coe reported as directed and ultimately provided a urinalysis sample for testing that appeared to reflect negative for all substances. The sample was sent to the lab for verification and on December 12, 2022, the lab report relative to the sample was received in which the sample was confirmed to be both positive for fentanyl and dilute. It should be noted, on December 7, 2022, the lab report specific to that sample provided by the client at New Horizon Care Centers on November 16, 2022, was additionally received by the undersigned officer, and confirmed the sample provided by the client at their facility as positive for marijuana, fentanyl, and methadone, consistent with the providers initial monthly report.

It should be noted that the client additionally submitted to urinalysis testing at Pioneer Human Services on November 16, 2022, following his test at New Horizon Care Centers, and the sample returned negative. The sample was not forwarded to the lab for verification other than for alcohol, which later returned negative.

On December 13, 2022, Mr. Coe was contacted telephonically by the undersigned officer who expressed frustration, indicating he was unsure why he was continuing to test negative on site, only to have lab results verify the presence of illicit substances in his system. Mr. Coe adamantly denied any use since the conduct previously outlined for the Court in the petition dated November 7, 2022.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 14, 2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Coe, Michael John
December 14, 2022
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

12/15/2022

Date