PROB 12C
(6/16)

Report Date: January 3, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 03, 2023

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Michael John Coe | Case Number: 0980 2:15CR00126-WFN-1 |
| Address of Offender: ███████████ Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 8, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C) | | |
| Original Sentence: | Prison - 48 Months; TSR - 84 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: | October 2, 2020 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: | October 1, 2027 |

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/02/2022, 06/22/2022, 06/23/2022, 06/24/2022, 07/29/2022, 08/19/2022, 11/07/22 and 12/14/2022.

On October 2, 2020, Mr. Coe's conditions of supervised release specific to 2:15CR00126-WFN-1 were reviewed with him telephonically due to the current and continued COVID-19 pandemic. On November 18, 2020, Mr. Coe reported to the U.S. Probation Office in Spokane, and signed his conditions of supervised release as previously reviewed with him.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Standard Condition # 2**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Coe is alleged to have violated standard condition number 2 by ingesting fentanyl on or about December 27, 2022, based on urinalysis testing. |
| | Specifically, on December 27, 2022, the undersigned officer received the urinalysis testing results from the contract provider for December 22, 2022, which represented the client's assigned day to submit to urinalysis testing with the provider. The results reflected that Mr. Coe had failed to report for testing as required. |

Prob12C
Re: Coe, Michael John
January 3, 2023
Page 2

Mr. Coe was contacted using text messaging on the day in question and directed to report to the U.S. Probation Office, to which he committed. Mr. Coe subsequently reported as directed and did submit to the undersigned officer a urinalysis sample for testing that reflected as being presumptive negative for all substances, with a faint line showing for both fentanyl and cocaine. Mr. Coe denied any such use and the sample was packaged and forwarded to the lab for verification.

On January 3, 2023, the undersigned officer received the lab report specific to that sample referenced in which the sample was confirmed to be both positive for fentanyl and dilute. It should be noted that the lab report specific to the client's potential use of cocaine has yet to be received by the U.S. Probation Office in Spokane.

12   **Special Condition # 21**: The defendant shall abstain from the use of illegal controlled substances, including marijuana, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Coe is alleged to have violated special condition number 21 by both failing to appear for random urinalysis testing when his assigned color was called by the contract testing provider on December 22, 2022, and by providing a diluted urinalysis sample for testing at the U.S. Probation Office on December 27, 2022.

Specifically, on December 27, 2022, the undersigned officer received the urinalysis testing results from the contract provider for December 22, 2022, which represented the client's assigned day to submit to urinalysis testing with the provider. The results reflected that Mr. Coe had failed to report for testing as required.

Mr. Coe was contacted using text messaging on the day in question and directed to report to the U.S. Probation Office, to which he committed. Mr. Coe subsequently reported as directed and did submit to the undersigned officer a urinalysis sample for testing that reflected as being presumptive negative for all substances, with a faint line showing for both fentanyl and cocaine. Mr. Coe denied any such use and the sample was packaged and forwarded to the lab for verification. Mr. Coe indicated that he failed to report for urinalysis testing with the contract provider on the day in question as he only heard the first of two colors that were being tested, after which he then hung up not realizing that they had also called his color.

On January 3, 2023, the undersigned officer received the lab report specific to that sample referenced in which the sample was confirmed to be both positive for fentanyl and dilute.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | January 3, 2023 |
| | s/ Chris Heinen |
| | Chris Heinen<br>U.S. Probation Officer |

Prob12C
**Re: Coe, Michael John**
**January 3, 2023**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

1/3/2023
Date