PROB 12C
(6/16)

Report Date:  October 19, 2023

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2023

SEAN F. MCAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael John Coe                Case Number: 0980 2:15CR00126-WFN-1

Address of Offender: ███████████████ Spokane, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 8, 2016

Original Offense:          Possession With Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C)

| | | |
|---|---|---|
| Original Sentence: | Prison - 48 Months;<br>TSR - 84 Months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(January 18, 2023) | Prison - 8 Months;<br>TSR - 36 Months | |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: August 4, 2023 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: August 3, 2026 |

## PETITIONING THE COURT

**To issue a SUMMONS**.

On August 8, 2023, Mr. Michael John Coe signed his conditions relative to case number 2:15CR00126-WFN-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: Mr. Coe is alleged to have violated mandatory condition number 3 by ingesting fentanyl, previously occurring on or about October 18, 2023, based on both urinalysis testing and his own admission of such use.

Specifically, on October 18, 2023, Mr. Coe contacted the undersigned officer using text messaging to advise of his failure to attend urinalysis testing with the contract provider on October 17, 2023, due to an illness that impacted him following scheduled employment. Mr. Coe indicated that as a result of illness, he failed to call the provider to determine if he was scheduled to test on the day in question. In response to the identified concern, Mr. Coe was

**Prob12C**
**Re: Coe, Michael John**
**October 19, 2023**
**Page 2**

directed by the undersigned officer to report on the day in question to the U.S. Probation Office.

At approximately 2:15 p.m., Mr. Coe reported as directed, and prior to testing, admitted to having previously ingested fentanyl on or about October 16, 2023. Mr. Coe later indicated to the undersigned officer that while in the company of a female, he had accepted what he believed to be an all natural supplement in pill form from her, but after he ingested the substance, he realized it in fact contained fentanyl. Mr. Coe did subsequently submit to urinalysis and sweat patch testing, following which his submitted urinalysis sample reflected as presumptive positive for fentanyl. Mr. Coe did additionally sign a drug use admission form serving to memorialize his admission.

2        **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least ten days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Coe is alleged to have violated standard condition number 5 by changing his primary place of residency, previously occurring in September 2023, without advising the undersigned officer or the U.S. Probation Office as required.

Specifically, on October 18, 2023, the undersigned officer attempted to conduct an unscheduled home visit with the client at his previously established and reported place of residency located with his friend and his friend's family, in Spokane Valley, Washington. Upon arriving at the location, the undersigned officer was met by the client's friend and homeowner, who happened to be in his yard at the time of this officer's arrival. The contact indicated that while he had spoken with the client on a couple of occasions as of recent, he had not seen him in approximately 30 days, and believed that he was living somewhere in Airway Heights, Washington.

Upon departure from the residence, the undersigned officer contacted the client telephonically to confront him as to the alleged change in residency Mr. Coe initially indicated that he had been back and forth between residences, but shortly after admitted that he had in fact been residing with a friend in Airway Heights for approximately the last month. The client advised that he had not notified the undersigned officer as to the change, as his friend did not want "cops" in his residence.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     October 19, 2023

                 s/Chris Heinen

                 Chris Heinen
                 U.S. Probation Officer

PageID.609   Page 3 of 3

**Prob12C**
**Re: Coe, Michael John**
**October 19, 2023**
**Page 3**

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    Other


_____

Signature of Judicial Officer

<u>  10/20/2023  </u>

Date