PROB 12C
(6/16)

Report Date:  January 4, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jan 04, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael John Coe                    Case Number: 0980 2:15CR00126-WFN-1

Address of Offender: ███████████████████ Airway Heights, Washington 99001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 8, 2016

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C) | |
| Original Sentence: | Prison - 48 Months;<br>TSR - 84 Months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(January 18, 2023) | Prison - 8 Months;<br>TSR - 36 Months | |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: August 4, 2023 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: August 3, 2026 |

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/19/2023.

On August 8, 2023, Mr. Michael John Coe signed his conditions relative to case number 2:15CR00126-WFN-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: Mr. Coe is alleged to have violated mandatory condition number 3 by ingesting fentanyl, occurring on or about December 13, 2023, based on urinalysis testing.

Specifically, on December 13, 2023, Mr. Coe reported to a U.S. Probation contract provider in Spokane, for the purpose of submitting to random urinalysis testing as required. Mr. Coe subsequently produced a urinalysis sample as required, which appeared to test presumptive negative, and was then forwarded to the contract laboratory for verification. On December 22, 2023, the lab report specific to Mr. Coe's submitted urinalysis sample was received by

**Prob12C**
**Re: Coe, Michael John**
**January 4, 2024**
**Page 2**

the U.S. Probation Office and confirmed the sample submitted by Mr. Coe was both dilute and positive for norfentanyl, a metabolite of fentanyl.

On December 26, 2023, telephonic contact was made with Mr. Coe for the purpose of discussing the received laboratory confirmation. Mr. Coe denied any intentional use of any illicit substance, but did admit to previously handling a dollar bill prior to testing, which he observed to be "coated with a brown substance."

It should be noted, on December 22, 2023, Mr. Coe again reported to the U.S. Probation contract provider in Spokane, for the purpose of urinalysis testing, and again submitted a sample that was later confirmed by the contract lab to be positive for norfentanyl. Mr. Coe has denied use or additional contact with the substance, beyond his previous admission of unintentional contact, and therefore a laboratory interpretation report has been submitted in an effort to verify levels of the substance in his system at the time of testing to determine new use. This interpretation report has not yet been received as of the date of this report, but this conduct is not being alleged as a violation at this time.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     January 4, 2024

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[  ]     No Action
[  ]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this petition
          with the other violations pending before the Court.
[  ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[  ]     Other

Signature of Judicial Officer

01/04/2024

Date